IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 05-M-111A |
| | ) | |
| FLORENTINO HERNANDEZ-ESTEVEN | ) | |

GOVERNMENT'S MOTION TO DISMISS

The United States of America moves the Court to dismiss the complaint and arrest warrant filed in Cr. No. 05-M-111A . Subsequent to the issuance of the arrest warrant and prior to its execution, the defendant was deported. He then returned to the United States and another complaint and arrest warrant was obtained. The defendant was arrested on the second complaint and appeared before the Honorable Judge David L. Martin on May 10, 2007. Accordingly, the government respectfully requests that the Court dismiss the complaint and the arrest warrant filed in Cr. No. 05-M-111A.

Respectfully submitted,
ROBERT CLARK CORRENTE
United States Attorney

/s/ Andrew J. Reich

ANDREW J. REICH
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000 -
(401)709-5001 (fax)
email: andrew.reich@usdoj.gov

SO ORDERED:

________________________________
DAVID L. MARTIN
UNITED STATES MAGISTRATE JUDGE

DATE: ________________________

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of May, 2007, I caused the within Government's Motion to Dismiss to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF system.

Edward C. Roy
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

/s/ Andrew J. Reich

ANDREW J. REICH
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001 (fax)
email: andrew.reich@usdoj.gov